FILED

04/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0310

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0310

_____

IN THE MATTER OF:

S.H.

    Defendant and Appellant.

_____

ORDER

_____

Pursuant to Appellant's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant is grant an extension until June 21, 2024, to prepare, file, and serve Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 22 2024